**ADIB LAW FIRM**
Hamed Adibnatanzi, SBN 255492
hadib@adiblaw.com
1 Sansome Street, STE 3500
San Francisco, CA 94104
Telephone: (888) 995-9922
Fax: (415) 762-5444

Attorney for UB SR LLC, Defendant

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*10/22/2019*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER,<br><br>　　　　Plaintiff,<br>　v.<br><br>UB SR LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 19-cv-05554-YGR<br><br>**STIPULATION TO EXTEND DEFENDANT UB SR LLC'S DEADLINE TO ANSWER COMPLAINT**<br><br>Complaint Filed:　September 4, 2019<br>Trial Date:　　　TBD |

　　Plaintiff, DAVID B. KETROSER ("Plaintiff") and Defendant, UB SR LLC ("Defendant") hereby stipulate to extend Defendant's deadline to answer the Complaint to November 30, 2019.

Dated: October 18, 2019　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Irakli Karbelashvili
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff DAVID B. KETROSER


　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Hamed Adibnatanzi
　　　　　　　　　　　　　　　　　　Attorney for Defendant UB SR LLC

-1-
**STIPULATION TO EXTEND DEFENDANT UB SR LLC'S DEADLINE TO ANSWER COMPLAINT**