**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEIDRE KELLOGG KETROSER,**<br><br>    Plaintiff**,**<br><br>    v.<br><br>**UB SR LLC,**<br><br>    Defendant. | Case No.: 19-cv-05554-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Dkt. Nos. 19, 29 |

The Court has reviewed Magistrate Judge Robert M. Illman's Report and Recommendation (Dkt. No. 29, "Report") recommending granting plaintiff Deidre Kellogg Ketroser's motion for default judgment as to defendant UB SR LLC (Dkt. No. 19), to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

1.  The motion for default judgment is **GRANTED**; and

2.  Judgment consistent with the Report shall be entered in favor of Ketroser and against UB SR LLC.

The Clerk of the Court is directed to close this case upon the issuance of judgment.

This Order terminates docket numbers 19, and 29.

**IT IS SO ORDERED.**

Date: August 20, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**