**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEIDRE KELLOGG KETROSER**, <br><br> Plaintiff, <br><br> vs. <br><br> **UB SR LLC**, <br><br> Defendant. | **Case No.:  19-CV-05554  YGR** <br><br> **JUDGMENT** |

The Court having adopted Magistrate Judge Robert M. Illman's Report and Recommendation (Dkt. No. 29) recommending granting plaintiff Deidre Kellogg Ketroser's motion for default judgment as to defendant UB SR LLC (Dkt. No. 19), and thereafter having granted the motion for default judgment (Dkt. No. 30), it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Deidre Kellogg Ketroser and against UB SR LLC in the amounts of $8,000 for statutory damages and of $7,272.50 for attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: August 20, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**